**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-1601**

─────────────

LARRY D. O'NEAL,

Plaintiff - Appellant,

versus

COOK MOTORCARS, LIMITED,

Defendant - Appellee,

and

ROBERT COOK,

Defendant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-1816-L)

─────────────

Submitted: March 17, 1998          Decided: May 18, 1998

─────────────

Before HAMILTON and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Larry D. O'Neal, Appellant Pro Se. Robert John Carson, Craig Forrest Ballew, SMITH, SOMERVILLE & CASE, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his pro se employment discrimination action under FED. R. CIV. P. 41(b). We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. O'Neal v. Cook Motorcars, Ltd., No. CA-96-1816-L (D. Md. Apr. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED